IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN O. WALSH, JR. #311 111, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-653-RAH-SRW |
| | ) |
| WARDEN BUTLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 3, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 32) is ADOPTED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. 5) is DENIED.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, on this the 25th day of May, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE